UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Helen McKenzie,

            Plaintiffs,                 Civil No.06-5054 (RHKAJB)

vs.                        **DISQUALIFICATION AND**
                        <u>**ORDER FOR REASSIGNMENT**</u>

Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,
Dannemiller Memorial Educational Foundation,
Ketchum, Inc., Saatchi & Saatchi Healthcare
Communications, Inc., Klemtner Advertising, Inc.,
Designwrite, Inc., Designwrite LLC,

            Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 27, 2006

                               <u>s/Richard H. Kyle</u>
                                 RICHARD H. KYLE
                                 United States District Judge